UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Civil Minutes

Date: January 31, 2019      Judge: Hon. James Donato

Time: 15 Minutes

Case No.     **C-18-03343-JD**
Case Name     **Razuki v. Nationstar Mortgage, LLC**

Attorney(s) for Plaintiff(s):     L. Timothy Fisher/Frederick J. Klorczyk/Alex Tomasevic
Attorney(s) for Defendant(s):     Jan T. Chilton/Genevieve R. Walser-Jolly

Deputy Clerk: Lisa Clark

Court Reporter: Debra Pas

PROCEEDINGS

Status Conference - Held

NOTES AND ORDERS

As discussed at prior conferences, plaintiffs will dismiss *Miller v. Nationstar Mortgage LLC, d/b/a Mr. Cooper*, No. 18-1181 (E.D. Cal.), and file an amended complaint by February 14, 2019. Failure to dismiss *Miller* or amend by that deadline will result in the case being stayed in its entirety. Defendants will respond to the amended complaint by March 7, 2019. The pending motion to dismiss, Dkt. No. 19, is terminated without prejudice.